United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-15939-jkf
Corene W. Moore                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin            Page 1 of 2            Date Rcvd: Dec 22, 2017
                             Form ID: 318           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
db          +Corene W. Moore,    29 Freedom Lane,    Levittown, PA 19055-2120
13977402     Aria Health Physician Services,    PO BOX 8500-6335,    Philadelphia, PA 19178-0001
13977403    +Blatt, Hasenmiller, Leibsker & Moore,    5 Great Valley Parkway, Suite 100,
              Malvern, PA 19355-1426
13977405    +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
13977406    +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
              Saint Louis, MO 63179-0040
13977407    +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              S Louis, MO 63179-0040
13977408    +Collaborative Anesthesia Service,    111 Catbrier Way,    Hatboro, PA 19040-1901
13977409    +Comprehensive Breast Care Surgeons,    45 2nd Street Pike,    Suite 100,
              Southampton, PA 18966-3829
13977411    +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
13977412    +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
              Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Dec 23 2017 00:42:26     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2017 00:41:53
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 23 2017 00:42:22     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13977404    +EDI: CHASE.COM Dec 23 2017 00:43:00     Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
              Wilmington, DE 19850-5298
13977410    +EDI: BLUESTEM Dec 23 2017 00:43:00     Fingerhut,    6250 Ridgewood Rd,
              St Cloud, MN 56303-0820
13978052    +EDI: PRA.COM Dec 23 2017 00:43:00     PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
13977413    +EDI: SEARS.COM Dec 23 2017 00:43:00     Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13977414    +EDI: RMSC.COM Dec 23 2017 00:43:00     Syncb/care Credit,    Attn: Bankruptcy,    Po Box 965060,
              Orlando, FL 32896-5060
13977415    +EDI: RMSC.COM Dec 23 2017 00:43:00     Synchrony Bank / HH Gregg,    Attn: Bankruptcy,
              Po Box 956060,    Orlando, FL 32896-0001
13977416    +EDI: WFFC.COM Dec 23 2017 00:43:00     Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,
              Des Moines, IA 50306-0438
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              GEORGETTE   MILLER    on behalf of Debtor Corene W. Moore info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;r50524@notify.bestcase.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al
               pa-bk@logs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: admin              Page 2 of 2            Date Rcvd: Dec 22, 2017
                              Form ID: 318             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Corene W. Moore** | Social Security number or ITIN | **xxx–xx–8213** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number: | **17–15939–jkf** | | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Corene W. Moore
aka Corene Johnson, aka Corene Willington

12/21/17                                         **By the court:**   Jean K. FitzSimon
                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**